# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

| | |
|---|---|
| Twanda Marshinda Brown, Sasha Monique Darby, Cayeshia Cashel Johnson, Amy Marie Palacios and Xavier Larry Goodwin, on behalf of himself and all others similarly situated, | Civil Action No.<br><br>3:17-1426-MBS-SVH |
| Plaintiffs, | **CONSENT MOTION TO EXTEND TIME** |
| v. | |
| Lexington County, South Carolina, Gary Reinhart, in his official and individual capacities as the Chief Judge for Administrative Purposes of the Summary Courts in Lexington County; Rebecca Adams, in her official and individual capacities as the Associate Chief Judge for Administrative Purposes of the Summary Courts in Lexington County and in her official capacity as Judge of the Irmo Magistrate; Bryan Koon, in his official capacity as the Lexington County Sheriff; and Robert Madsen, in his official capacity as the Public Defender for the Eleventh Judicial Circuit of South Carolina , | |
| Defendants. | |

All Defendants, with the consent of counsel for Plaintiffs, hereby move for an extension of time in which to respond to Plaintiffs' Motion for Class Certification, ECF No. 5, until August 7, 2017, which is 15 days (plus weekend days) after the due date for responses to the Complaint. Plaintiffs' class certification motion, along with the Complaint in this action, was served on

1

Defendants on or about June 9, 2017. By agreement of counsel, this deadline to answer or otherwise respond was extended 21 days from the original due date, that is, until July 21, 2017.

Because of the length of the Complaint (98 pages and 428 paragraphs) and of the class certification motion (135 pages, including attachments), Defendants need additional time in which to prepare the response to the class certification motion. As indicated above, Susan Dunn, one of the counsel for Plaintiffs, has graciously consented to this extension request.

Defendants accordingly ask that the Court extend the time for response to the class certification motion until August 7, 2017.

        Respectfully submitted,

        DAVIDSON & LINDEMANN, P.A.

        BY:  *s/ Kenneth P. Woodington*
        WILLIAM H. DAVIDSON, II, Fed. I.D. No. 425
        KENNETH P. WOODINGTON, Fed. I.D. No. 4741

        DAVIDSON & LINDEMANN, P.A.
        1611 DEVONSHIRE DRIVE, 2ND FLOOR
        POST OFFICE BOX 8568
        COLUMBIA, SOUTH CAROLINA 29202-8568
        wdavidson@dml-law.com
        kwoodington@dml-law.com
        T: 803-806-8222
        F: 803-806-8855

        ATTORNEYS for Defendants

Columbia, South Carolina

July 7, 2017