# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Twanda Marshinda Brown, *et al.*, <br><br>                    Plaintiffs, <br><br> v. <br><br> Lexington County, South Carolina, *et al.*, <br><br>                    Defendants. | Civil Action No. <br> 3:17-cv-01426-MBS-SVH |

### STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT ROBERT MADSEN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants, by and through their respective counsel, hereby stipulate and agree that all claims against Defendant Robert Madsen in the above-captioned case are dismissed without prejudice and without an award of fees or costs to any party.  This stipulation does not affect any claim against any other named Defendant in this case.

DATED this 16th day of May, 2018.


*[Signature blocks are on the following page]*

1

Respectfully submitted by,

| | |
|---|---|
| s/ Susan K. Dunn | s/ Kenneth P. Woodington |
| SUSAN K. DUNN (Fed. Bar # 647) | KENNETH P. WOODINGTON |
| American Civil Liberties Union Foundation | Fed. I.D. No. 4741 |
| of South Carolina | WILLIAM H. DAVIDSON, II |
| P.O. Box 20998 | Fed. I.D. No. 425 |
| Charleston, South Carolina 29413-0998 | |
| Telephone: (843) 282-7953 | DAVIDSON & LINDEMANN, P.A. |
| Facsimile: (843) 720-1428 | 1611 DEVONSHIRE DRIVE, 2ND FLOOR |
| Email: sdunn@aclusc.org | POST OFFICE BOX 8568 |
| | COLUMBIA, SOUTH CAROLINA |
| NUSRAT J. CHOUDHURY, *Admitted pro hac vice* | 29202-8568 |
| | wdavidson@dml-law.com |
| CARL G. SNODGRASS, *Admitted pro hac vice* | kwoodington@dml-law.com |
| American Civil Liberties Union Foundation | T: 803-806-8222 |
| 125 Broad Street, 18th Floor | F: 803-806-8855 |
| New York, New York 10004 | |
| Telephone: (212) 519-7876 | *Attorneys for Defendants* |
| Facsimile: (212) 549-2651 | |
| Email: nchoudhury@aclu.org | |
| Email: csnodgrass@aclu.org | |

TOBY J. MARSHALL, *Admitted pro hac vice*
ERIC R. NUSSER, *Admitted pro hac vice*
Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: tmarshall@terrellmarshall.com
Email: eric@terrellmarshall.com

*Attorneys for Plaintiffs*