# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Twanda Marshinda Brown, *et al.*,<br><br>                      Plaintiffs,<br><br>v.<br><br>Lexington County, South Carolina, *et al.*,<br><br>                      Defendants. | Civil Action No.<br>3:17-cv-01426-MBS-SVH |

A Motion and Request for Withdrawal of Nusrat Choudhury as counsel for the Plaintiffs has been filed in this case and considered by the undersigned.

      IT IS ORDERED THAT Nusrat Choudhury is granted permission to withdraw her appearance as one of the attorneys for the Plaintiffs.

Dated: July 6, 2020
Columbia, South Carolina

                                        /s/Margaret B. Seymour
                                        Margaret B. Seymour
                                        Senior United States District Judge