UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Twanda Marshinda Brown, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>Lexington County, South Carolina, *et al.*,<br><br>　　　　　　　　　Defendants. | Civil Action No.<br>3:17-cv-01426-MBS |

**STIPULATION OF AUTHENTICITY AND ADMISSIBILITY OF EVIDENCE**

On or about November 2, 2018, while the parties were working to mediate this matter, South Carolina Court Administration (SCCA) Staff Attorney Renee Lipson sent a collection of SCCA documents to The Honorable Shiva V. Hodges, who was serving as mediator. *See* Bates Nos. SCCA-000001–112. Magistrate Judge Hodges then shared the documents with all parties as part of mediation efforts.

The parties hereby stipulate to the authenticity of these documents and that the documents and any testimony or arguments related to the documents may be admitted as evidence at trial. In so stipulating, the parties do not waive any other aspect of the confidentiality of the mediation process as set forth in Local Rule 16.08(C). In addition, Defendants do not waive any other aspect of confidentiality of any other communications between or among officials or employees of the South Carolina Judicial Branch, including South Carolina Court Administration and county magistrates and persons under the direction and control of county magistrates.

1

It is further stipulated that the aforementioned documents, SCCA-000001–112, as well as this stipulation, may be filed by either party at the time of filing of dispositive motions, and at trial, if the case goes to trial.

DATED this 4th day of June, 2021.

Respectfully submitted by,

By: s/ Allen Chaney
ALLEN CHANEY, (Fed. No. 13181)
South Carolina Justice Project
1220 Laurens Road, Ste B
Greenville, SC 29607
Telephone: (864) 565-9998
Email: allen@scjusticeproject.org

ORION DANJUMA, *Admitted Pro Hac Vice*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: (212) 549-2663
Facsimile: (212) 549-2651
Email: odanjuma@aclu.org

TOBY J. MARSHALL, *Admitted Pro Hac Vice*
ERIC R. NUSSER, *Admitted Pro Hac Vice*
TERRELL MARSHALL LAW
  GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: tmarshall@terrellmarshall.com
Email: eric@terrellmarshall.com

*Attorneys for Plaintiffs*

BY: s/ Kenneth P. Woodington
William H. Davidson, (Fed. Bar #425)
Kenneth P. Woodington, (Fed. Bar #4741)
DAVIDSON, WREN & DEMASTERS, P.A.
1611 Devonshire Drive, 2nd Floor
Post Office Box 8568
Columbia, South Carolina 29202-8568
Email: wdavidson@dml-law.com
Email: kwoodington@dml-law.com
Telephone: (803) 806-8222
Facsimile: (803) 806-8855

*Attorneys for Defendants*

2