# Exhibit 61

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF SOUTH CAROLINA
 2                        COLUMBIA DIVISION
 3
 4   TWANDA MARSHINDA BROWN, et al.,
 5             Plaintiffs,
                                        CIVIL ACTION NO.:
 6                                      3:17-cv-01426-MBS
           vs.
 7
     LEXINGTON COUNTY, SOUTH CAROLINA, et al.,
 8
                 Defendants.
 9
10   VIDEO
     DEPOSITION OF:   JUDGE REBECCA L. ADAMS, VOL. II
11                    (VIA VTC)
12   DATE:            March 9, 2022
13   TIME:            11:17 a.m.
14   LOCATION:        DAVIDSON WREN & DEMASTERS
                      1611 Devonshire Drive, Second Floor
15                    Columbia, SC
16   TAKEN BY:        Counsel for the Plaintiffs
17   REPORTED BY:     LINDA MAHONEY RAMIREZ, Court Reporter
18   _____
19
20
21
22
23
24
25
```

Page 260

Judge Rebecca L. Adams , Vol. II - March 9, 2022

```
 1   APPEARANCES OF COUNSEL:
 2        ATTORNEYS FOR THE PLAINTIFFS
              TWANDA MARSHINDA BROWN, et al.:
 3
              ACLU
 4            BY: AMREETA MATHAI
                  JOANNE CHOI
 5                ALLEN CHANEY
                  JOANNE CHOI
 6                 (VIA VTC)
              125 Broad Street, 16th Floor
 7            New York, NY  10004
              (212)549-2500
 8            amathai@aclu.org
 9            TERRELL MARSHALL LAW GROUP
              BY: TOBY MARSHALL
10                ERIC NUSSER
                  (VIA VTC)
11            936 North 34th Street, Suite 300
              Seattle, WA 98103
12            (206)816-6603
              tmarshall@terrellmarshall.com
13
14        ATTORNEYS FOR THE DEFENDANTS
              LEXINGTON COUNTY, SOUTH CAROLINA, et al.:
15
              DAVIDSON WREN & DEMASTERS
16            BY: KENNETH P. WOODINGTON (VIA VTC)
              1611 Devonshire Drive, Second Floor
17            Columbia, SC 29204
              (803)806-8222
18            kwoodington@dml-law.com
19        ALSO PRESENT:
20            Pasha Korneychuk, Legal Videographer
              Gary Reinhart
21            Will Davidson
22
23
24
25
```

Page 261

```
 1   did it.
 2   BY MS. MATHAI
 3        Q.   So you did ask all the Lexington County
 4   district magistrate courts to do this inventory?
 5        A.   Yes.
 6        Q.   Ed Lewis also notes in his email that you
 7   would provide the inventory data to the Lexington
 8   County Council sometime between August and
 9   September.
10             Did you meet with the Lexington County
11   Council in August or September of 2017?
12        A.   No.  I can't recall, but at first we were
13   told that we had to get our county council's
14   approval to do the Setoff Debt, we had to get their
15   input and then we were told that we didn't.  And so
16   I honestly don't remember if I went to that meeting
17   or if Ed went to that meeting or if we both went to
18   that meeting.
19             I know later we found out that wasn't
20   something they had to approve, that we could do it
21   on our own.  In the beginning we thought that they
22   had to approve us doing it.  That's why we were
23   gathering the information to present to the council.
24        Q.   Can you repeat, Judge Adams, I'm sorry,
25   when did you go before the Lexington County Council?
```

Page 300

```
 1                CERTIFICATE OF REPORTER
 2
 3          I, Linda Mahoney Ramirez, Court Reporter
 4   and Notary Public for the State of South Carolina at
 5   Large, do hereby certify that the foregoing transcript
 6   is a true, accurate and complete record.
 7          I further certify that I am neither
 8   related to nor counsel for any party to the cause
 9   pending or interested in the events thereof.
10          Witness my hand, I have hereunto affixed
11   my official seal this 22nd day of March, 2022, at
12   Horry County, South Carolina.
13
14
15
16
17
18
19
20
21
22
23          [signature: Linda M. Ramirez]
24             Linda Mahoney Ramirez, Court Reporter
               My Commission expires
25             September 29, 2027
```

Page 403