# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| TWANDA MARSHINDA BROWN, *et al.*;<br><br>Plaintiffs,<br><br>v.<br><br>LEXINGTON COUNTY, SOUTH CAROLINA, *et al.*;<br>Defendants. | Case No. 3:17-cv-01426-SAL<br><br>**NOTICE OF APPEAL** |

      Plaintiffs Twanda Marshinda Brown, Sasha Monique Darby, Cayeshia Cashel Johnson, Amy Marie Palacios, Nora Ann Corder, Xavier Larry Goodwin, and Raymond Wright, Jr., by and through undersigned counsel, respectfully notify the Court that they appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in favor of Defendants Gary Reinhart, Rebecca Adams, Matthew A. Johnson, Gary S. Morgan, and Bryan Koon on September 20, 2022 (ECF No. 324).

      Respectfully submitted by,

/s/ Allen Chaney
ALLEN CHANEY (Fed. Bar # 13181)
American Civil Liberties Union of South Carolina
P.O. Box 1668
Columbia, South Carolina 29202
Telephone: (843) 282-7953
Email: achaney@aclusc.org

1

OLGA AKSELROD, *Admitted Pro Hac Vice*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: (212) 549-2659
Facsimile: (212) 549-2651
Email: oakselrod@aclu.org

TOBY J. MARSHALL, *Admitted Pro Hac Vice*
ERIC R. NUSSER, *Admitted Pro Hac Vice*
Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: tmarshall@terrellmarshall.com
Email: eric@terrellmarshall.com

*Attorneys for Plaintiffs*