FILED: March 7, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-7184
(3:17-cv-01426-SAL)

_____

TWANDA MARSHINDA BROWN; SASHA MONIQUE DARBY; CAYESHIA CASHEL JOHNSON; AMY MARIE PALACIOS; XAVIER LARRY GOODWIN, on behalf of themselves and all others similarly situated; NORA ANN CORDER; RAYMOND WRIGHT, JR., on behalf of themselves and all others similarly situated

    Plaintiffs - Appellants

v.

GARY REINHART, in his individual capacity; REBECCA ADAMS, in her official and individual capacities as the Chief Judge for Administrative Purposes of the Summary Courts in Lexington County and in her official capacity as the Judge of the Irmo Magistrate Court; BRYAN KOON, in his official capacity as the Lexington County Sheriff; MATTHEW A. JOHNSON, in his official capacity as the Chief Judge for Administrative Purposes of the Summary Courts in Lexington County; GARY S. MORGAN, in his official capacity as the Associate Chief Judge for Administrative Purposes of the Summary Courts in Lexington County

    Defendants - Appellees

_____

O R D E R
_____

Upon consideration of the stipulated motion to voluntarily dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties,

pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk